UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S-04-006 EJG |
| v. | ) | |
| | ) | |
| AMBER LATREASE MITCHELL | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        () Ad Prosequendum          (X) Ad Testificandum

Name of Detainee: **AMBER LATRREASE MITCHELL**
Detained at (custodian): **FCI DUBLIN**
Detainee is:         a.)    (X) charged in this district by: (X) Indictment () Information () Complaint
                                     charging detainee with: **Access Device Fraud**
         or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:      a.)    (X) return to the custody of detaining facility upon termination of proceedings
         or    b.)    () be retained in federal custody until final disposition of federal charges, as a sentence is
                                     currently being served at the detaining facility

*Appearance is necessary on **NOVEMBER 30, 2007, AT 10:00 A.M.** in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Robin R. Taylor |
| Printed Name & Phone No: | AUSA ROBIN R. TAYLOR, (916) 977-2722 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
() Ad Prosequendum          (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on November 30, 2007, at 10:00 A.M., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 11/26/07

_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Female **Yes** |
| Booking or CDC #: | Register Number 14872-097 | DOB: **11/22/74** |
| Facility Address: | FCI DUBLIN, 5701 8TH STREET - CAMP PARKS | Race: |
| | DUBLIN, CA 94568 | FBI #: |
| Facility Phone: | (925) 833-7500 | |
| Currently Incarcerated For: | Fraud & Related Activity in Connection with Access Devices | |

### RETURN OF SERVICE

Executed on _____     By: _____
                                                                                                                   (Signature)